**Betty Porter ALLEN, Plaintiff–
Appellant,**

v.

**James Anthony PERRI, M.D.; Pied-
mont Emergency Medicine Associates,
PA, a dissolved North Carolina Corpo-
ration; Charlotte–Mecklenburg Hos-
pital Authority, d/b/a Carolinas
HealthCare System; Carolinas Medi-
cal Center–University, a facility of the
Charlotte–Mecklenburg Hospital Au-
thority, Defendants–Appellees.**

**No. 11–1018.**

United States Court of Appeals,
Fourth Circuit.

Submitted: March 14, 2011.

Decided: March 31, 2011.

Betty Porter Allen, Appellant Pro Se.

Before NIEMEYER, KING, and
WYNN, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Betty Porter Allen appeals the district
court's order granting leave to proceed
without prepayment of fees and dismissing
this action alleging medical malpractice
and negligence for lack of subject matter
jurisdiction. We have reviewed the record
and find no reversible error. Accordingly,
we affirm for the reasons stated by the
district court. *Allen v. Perri,* No. 3:10–cv–
00666–GCM (W.D.N.C. Jan. 4, 2011). We
deny the motion for appointment of coun-
sel and dispense with oral argument be-
cause the facts and legal contentions are
adequately presented in the materials be-
fore the court and argument would not aid
the decisional process.

*AFFIRMED.*